1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF ARIZONA**

6

| | |
|---|---|
| Timothy Shuck; | Case No.: 2:13-cv-01881-PHX-SRB |

7

Plaintiff,

8

vs.

**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT**

9

10

11

Precision Fleet Services, LLC, an Arizona limited liability company; Precision Fleet Services Wholesale, LLC, and Arizona limited liability company; Chris Finn and Jane Doe Finn, husband and wife;

12

Defendants.

13

14

THIS COURT, having reviewed the Parties' Joint Motion to Approve Settlement

15

("Joint Motion"), and good cause appearing therefrom,

16

IT IS HEREBY ORDERED that the Joint Motion is granted;

17

IT IS FURTHER ORDERED that the Court finds that the Confidential Mutual

18

19

Release and Settlement Agreement ("Settlement Agreement"), previously filed *under*

20

*seal*, is a fair and reasonable resolution of a *bona fide* dispute over wages owed pursuant

21

to the Fair Labor Standards Act and a resolution of additional Claims between the parties

22

of the Settlement Agreement, as described therein; and therefore,

23

///

24

///

25

1    IT IS FURTHER ORDERED that the Settlement Agreement is Approved.

2

3    Dated this 2nd day of January, 2014.

4

5

6

7    _____
                     Susan R. Bolton
8               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25